UNITED STATES of America,
Plaintiff–Appellee

v.

Juan LOPEZ–SANABRIA,
Defendant–Appellant.

No. 10–40751
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 7, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Philip Thomas Cowen, Esq., Law Office of Philip Cowen, Brownsville, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Lopez–Sanabria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez–Sanabria has filed motions requesting this court to correct immigration records to show that he is a naturalized citizen. We lack jurisdiction to grant the relief that Lopez–Sanabria requests. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, Lopez–San-

---

abria's motions are DISMISSED FOR LACK OF JURISDICTION, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.